IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHELLE R. SCHWAB,<br><br>    Defendant. | 4:16CR3097<br><br>ORDER |

Defendant has moved to continue her change of plea hearing. (Filing No. 45). As explained by counsel, Defendant's newly appointed counsel needs additional time to review discovery and confer with Defendant. The motion to continue is unopposed. Based on the representations of counsel, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 45), is granted.

2) A telephonic status conference will be held before the undersigned magistrate judge on March 22, 2017 at 2:00 p.m.  Defense counsel shall place the call.

3) For the reasons stated by counsel, the Court finds that the ends of justice served by continuing Defendant's plea hearing outweigh the best interest of Defendant and the public in a speedy trial. Accordingly, the time between today's date and March 22, 2017 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

February 16, 2017.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge