IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:16CR3097 |
| v. | ) | |
| MICHELLE R. SCHWAB, | ) | ORDER |
| Defendant. | ) | |

The Probation Officer, with my permission, is updating the presentence report. Therefore,

IT IS ORDERED that:

(1) Any objections or motions regarding the updated presentence report shall be filed no later than November 17, 2017.

(2) If any objections or motions are filed, they will be taken up at sentencing.

DATED this 7th day of November, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge